# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN EAGLE OUTFITTERS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-607 |
| v. | ) ) | Magistrate Judge Caiazza |
| LYLE & SCOTT LIMITED, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Consistent with the text Order dated February 22, 2008, the Special Master ("the SM") has certified that he has resolved all substantive discovery issues referred to him in this case. *See* Doc. 218. As previously indicated, the SM's appointment will continue until all payment and other administrative issues have been resolved to his satisfaction. *See* Feb. 22d text Order.

Turning to dispositive motions, the court hereby establishes the following deadlines:

(a) the Defendants' response to the Plaintiffs' pending Motion for Summary Judgment (Doc. 202) is due by May 14, 2008;

(b) the Defendants shall plead or otherwise respond to the Plaintiffs' Second Amended Complaint (Doc. 99) by June 4, 2008;

(c) should the Defendants file motion(s) under Federal Rule 12 consistent with (b), above, the Plaintiffs shall respond to the motion(s) by June 25, 2008;

(d) all other motion(s) for summary judgment are due within thirty (30) days of the court's ruling on the Defendants' Rule 12 motion(s) or, if no Rule 12 motion(s) are filed, by July 14, 2008; and

(e) responses to the summary judgment motion(s) identified in (d), above, are due within thirty (30) days.

In establishing these deadlines, the undersigned has carefully weighed the relative positions of the parties and the equities in this case. The rulings are made pursuant to the court's "inherent power to control its docket so as to promote [the] fair and efficient adjudication" of this case[1] and, absent agreement of the parties or unforeseen scheduling difficulties, they will not be disturbed.

THESE THINGS ARE SO ORDERED.

April 15, 2008

Francis X. Caiazza
U.S. Magistrate Judge

cc:

Cynthia E. Kernick, Esq.
Kirsten R. Rydstrom, Esq.
Theodore R. Remaklus, Esq.
Susan B. Flohr, Esq.
Timothy D. Pecsenye, Esq.
Dennis P. McCooe, Esq.
Charles R. Wolfe, Esq.
Emily J. Barnhart, Esq.
Marc E. Weitzman, Esq.
Clay P. Hughes, Esq.
David G. Oberdick, Esq.

---

[1] *See* <u>Rolo v. General Dev. Corp.</u>, 949 F.2d 695, 702 (3d Cir. 1991).